\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Christopher Vickers

        vs        Case No. C2-03-858

Fairfield Medical Center, et al.      **Judge Frost**
                                              **Magistrate Judge Abel**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that the Court GRANTS the Defendants' Joint Motion for Judgment on the pleadings.

Date:  **May 5, 2004**        **James Bonini, Clerk**

                                                                       s/ Scott Miller
                                              By Scott Miller /Deputy Clerk