UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

04 JUN -4 PM 12: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| CHRISTOPHER VICKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:03CV858 |
| ) | |
| FAIRFIELD MEDICAL CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF APPEAL

Notice is hereby given that CHRISTOPHER VICKERS appeals to the United States Court of Appeals for the Sixth Circuit from a judgment order granting Defendants' Motion for Judgment on the Pleadings entered in this action on the 5th day of May, 2004.

Respectfully submitted,

Thomas W. Watkins (S.Ct. No.0058702)
2515 River Downs
Stow, Ohio 44224
Lead Counsel, Attorney for Plaintiff
330-686-8844 Office
330-686-7730 Fax

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2004, a true and accurate of copy of the forgoing Notice of Appeal was filed ~~electronically~~ by regular mail. Notice of this filing will be sent to all parties by operation of the Court's ~~electronic~~ US mail filing system.

Thomas W. Watkins